IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-00246-FL-KS-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | SEALED *EX PARTE* |
| v. | ) | ORDER GRANTING |
| | ) | MOTION TO SEAL MOTION |
| KENNETH MAURICE QUICK, JR., | ) | TO APPOINT CO-COUNSEL |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the motion of Defendant Kenneth Quick for an *ex parte* order sealing the proposed sealed *ex parte* motion filed at Docket Entry 26. For the reasons stated in the motion to seal, the Court finds that Docket Entry 26 is not a judicial record, and thus no presumption of public access applies. For good cause shown, the Court finds the motion to seal should be GRANTED. Docket Entry 26 shall remain under seal.

This the ___ day of October, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge